```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WHITE AND CO ATTORNEYS AND
COUNSELLORS LLC
66 HAMPTON TERRACE, ORANGE, NJ 07050
973-669-0857 / 888-481-1709 telefax
email to: avram@whiteandcolaw.com
Avram D. White, Esq. Counsel to the Debtor
```

In Re:

BONNIE ROTHENBERGER,

DEBTOR

Case No.: 22-10038-RG

Chapter: 13

Judge: GAMBARDELLA

# NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: 26 Ridgewood Avenue, Glen Ridge, New Jersey 07028

Creditor is the holder of: ☒ first mortgage   ☐ second mortgage   ☐ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor: US BANK, N.A.    Amount: $ 2,357.68    Due date: 1st of month

☒ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

Lack of adequate computer equipment and ability to use the portal.

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: February 28, 2021          /s/ BONNIE ROTHENBERGER
                                  Debtor

Date: _____            _____
                                  Joint Debtor (if any)

**Debtor Information:**

Print full name: Bonnie Rothenberger

Mailing address: 26 Ridgewood Road, Glen Ridge, New Jersey 07028

Telephone number: 973-295-2209

Email address (if any): john53jr@gmail.com

**Debtor's Attorney Information:**

Name: Avram D. White, Esq.

Address: 66 Hampton Terrace, Orange, New Jersey 07050

Telephone number: 973-669-0857          Fax number: 888-481-1709 telefax

Email address (if any): avram@whiteandcolaw.com

**Creditor Information: (if known)**

Name: Nationstar Mortgage d/b/a/ Mr. Cooper attn: Bankruptcy Department

Address: PO Box 619096, Dallas, TX 75261-9741

Telephone number: 877-343-5602          Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Robertson, Anschultz, Schneid, Crane & Partners, PLLC

Address: 130 Clinton Road, Suite 202, Fairfield, NJ 07004

Telephone number: 973-575-0707          Fax number: (973) 404-8886

Email address (if any): Shauna M Deluca, Esq.

2

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*