UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700

Attorneys for U.S. Bank National Association, as Trustee, for
Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-
Backed Certificates, Series 2007-SD1

Case No: <u>22-10038</u>

Chapter: <u>13</u>

Judge: <u>Rosemary Gambardella</u>

In Re:

Bonnie Rothenberger

Debtor(s).

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 03/24/2022

/s/ *Denise Carlon*
_____
Denise Carlon
24 Mar 2022, 12:11:45, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*