UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE, SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709
email: avram@whiteandcolaw.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

BONNIE ROTHENBERGER,

DEBTOR.

Case No.:   22-10038-JKS

Judge:   JOHN K. SHERWOOD

Chapter:   13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☒ Motion for Relief from the Automatic Stay filed by U.S. Bank National Association ,
     creditor,

     A hearing has been scheduled for _____, at _____.

     ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

     A hearing has been scheduled for _____, at _____.

     ☐ Certification of Default filed by _____,

     I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

     ☐ Payments have been made in the amount of $ _____, but have not
     been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I have been making adequate protections payments pursuant tp the requirements of loss mitigation. These payments have been sent but not acknowledged. I have sent proofs of these payment to the attorney for US Bank so they can be researched. I would like to continue to make payments and try to work something out with US Bank N.A. through loss mitigation.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May15, 2022_____      /s/ BONNIE ROTHENBERGER
                                      Debtor's Signature

Date: _____      _____
                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*