UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

BONNIE ROTHENBERGER,

DEBTOR.

Case No.: __22-10038-RG__

Chapter: __13__

Hearing Date: _____

Judge: __GAMBARDELLA__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Document 41 is withdrawn because of drafting errors.

 Replaced by Document 42

Date: May 25, 2022

/s/ Avram D. White
Signature

*rev.8/1/15*