Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.:  22−10038−RG
              Chapter:  13
              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bonnie Rothenberger
    26 Ridgewood Ave.
    Glen Ridge, NJ 07028

Social Security No.:
    xxx−xx−6458

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/25/2022 and a confirmation hearing on such Plan has been scheduled for 3/2/2022.

The debtor filed a Modified Plan on 5/25/2022 and a confirmation hearing on the Modified Plan is scheduled for 7/20/2022 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 26, 2022
JAN: rh

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 22-10038-RG
Bonnie Rothenberger                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                          Page 1 of 2
Date Rcvd: May 26, 2022               Form ID: 186                      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie Rothenberger, 26 Ridgewood Ave., Glen Ridge, NJ 07028-1012 |
| 519477457 | + | PSEG, 80 Park Plaza T5D, Newark, NJ 07102-4195 |
| 519477458 | + | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519477462 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 519477469 | + | US Bank National Association, Attn: Ras Citron LLC, 130 Clinton Road, Suite 220, Fairfield, NJ 07004-2926 |
| 519477464 | + | University Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 519477463 | + | University Hospital, 100 Bergen St., Newark, NJ 07103-2494 |
| 519477465 | + | University Hospital, PO Box 3009, Newark, NJ 07103-0009 |
| 519477466 | + | University Medical Associates, PO Box 18153, Newark, NJ 07191-8153 |
| 519477468 | + | University of Medicine and Dentistry, 110 Bergen Street, Newark, NJ 07103-2400 |
| 519477467 | + | University of Medicine and Dentistry, 215 South Orange Avenue, Newark, NJ 07103-2700 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2022 20:45:14 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 519481478 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2022 20:45:30 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519477454 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 20:41:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519477455 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 20:41:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519477458 | ^ | MEBN | May 26 2022 20:39:18 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519477460 | | Email/Text: bankruptcy@pseg.com | May 26 2022 20:41:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 519477461 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 20:42:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519515268 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 20:41:00 | U.S. Bank National Association, PO Box 619096, Dallas, TX 75261-9096 |
| 519534595 | | Email/Text: EDBKNotices@ecmc.org | May 26 2022 20:41:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 186 | Total Noticed: 21 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519477456 | | None |
| 519495447 | | U.S. Bank National Association, as Trustee, for Me |
| 519477459 | *+ | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519535405 | * | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Bonnie Rothenberger clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association  as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5