Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−10038−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bonnie Rothenberger
   26 Ridgewood Ave.
   Glen Ridge, NJ 07028

Social Security No.:
   xxx−xx−6458

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 2, 2022.

Dated: June 3, 2022
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10038-RG |
| Bonnie Rothenberger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie Rothenberger, 26 Ridgewood Ave., Glen Ridge, NJ 07028-1012 |
| 519477457 | + | PSEG, 80 Park Plaza T5D, Newark, NJ 07102-4195 |
| 519477462 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 519477469 | + | US Bank National Association, Attn: Ras Citron LLC, 130 Clinton Road, Suite 220, Fairfield, NJ 07004-2926 |
| 519477465 | + | University Hospital, PO Box 3009, Newark, NJ 07103-0009 |
| 519477463 | + | University Hospital, 100 Bergen St., Newark, NJ 07103-2494 |
| 519477464 | + | University Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 519477466 | + | University Medical Associates, PO Box 18153, Newark, NJ 07191-8153 |
| 519477468 | + | University of Medicine and Dentistry, 110 Bergen Street, Newark, NJ 07103-2400 |
| 519477467 | + | University of Medicine and Dentistry, 215 South Orange Avenue, Newark, NJ 07103-2700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 03 2022 20:36:11 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 519481478 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 03 2022 20:36:11 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519477454 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519477455 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519477458 | ^ | MEBN | Jun 03 2022 20:29:15 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519477460 | | Email/Text: bankruptcy@pseg.com | Jun 03 2022 20:29:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 519477461 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2022 20:31:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519515268 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | U.S. Bank National Association, PO Box 619096, Dallas, TX 75261-9096 |
| 519534595 | | Email/Text: EDBKNotices@ecmc.org | Jun 03 2022 20:29:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519477456 | | None |
| 519495447 | | U.S. Bank National Association, as Trustee, for Me |
| 519477459 | *+ | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519535405 | * | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Bonnie Rothenberger clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5