# EXHIBIT A

Case 22-10038-RG    Doc 52    Filed 06/13/22    Entered 06/13/22 12:55:35    Desc Main
Exhibit Document Stipulation    Page 1 of 3    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1

In Re:
    Bonnie Rothenberger

**Order Filed on June 13, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 22-10038 RG

Adv. No.:

Hearing Date: 5/18/2022 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 13, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor: Bonnie Rothenberger
Case No: 22-10038 RG
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, the U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 26 Ridgewood Ave, Glen Ridge, NJ, 07028, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Avram D. White, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 25, 2022, four adequate protection payments of $2,357.68 have become due pursuant to the loss mitigation order entered on March 17, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor will remit the lump sum payment of $9,430.72 on or before May 31, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor will resume regular adequate protection payments of $2,357.68 on June 1, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** that nothing in this order shall bar Secured Creditor from collecting the full, regular monthly payment of $3,929.47, in the event the loss mitigation discussions are unsuccessful;

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive the difference between the regular payment amount and the loss mitigation payment amount in the even the loss mitigation is not successful; and

**It is further ORDERED, ADJUDGED and DECREED** that adequate protection payments are to resume June 1, 2022, directly to Secured Creditor's servicer, Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

**(Page 3)**
Debtor: Bonnie Rothenberger
Case No: 22-10038 RG
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

___

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments, adequate protection payments, or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.