# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1

CASE NO. 22-10038 RG
CHAPTER 13
Judge: Rosemary Gambardella

In re:

Bonnie Rothenberger
   Debtor
John Rothenberger
   Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 11/16/2005

I, Chastity Wilson, employed as Assistant Secretary by Nationstar Mortgage LLC D/B/A Mr. Cooper, as servicing agent for U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1, hereby certifies the following information:

Recorded on 12/01/2005 in Essex County, in Book 10902, at Page 293.
Property Address: 26 Ridgewood Avenue, Glen Ridge NJ 07028.

Mortgage Holder: U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1

Mortgagor(s)/ Debtor(s): Bonnie Rothenberger & John Rothenberger / Bonnie Rothenberger

POST-PETITION PAYMENTS (Petition filed on January 04, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 06/13/2022. | | | | | $0.00 |
| $9,430.72 | 05/31/2022 | | $0.00 | | $0.00 |
| $3,929.47 | 06/01/2022 | | $0.00 | | $0.00 |
| $3,929.47 | 07/01/2022 | | $0.00 | | $0.00 |
| Total Due: $17,289.66 | | Total Received + Suspense: $0.00 | | Arrears: $17,289.66 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $3,929.47
Agreed Order payments past due: 1 X $9,430.72
Arrears: $17,289.66

Each current monthly payment is comprised of:
- Principal and Interest: $2,422.14
- Interest: $_____
- R.E. Taxes: $_____
- Insurance: $_____
- Other: $1,507.33 (Specify: Escrow)
- TOTAL $3,929.47

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

_____
_____
_____

PRE-PETITION ARREARS: $237,435.96

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2022

_____
Signature
Chastity Wilson
Assistant Secretary of Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant