Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 22−10038−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Bonnie Rothenberger  
26 Ridgewood Ave.  
Glen Ridge, NJ 07028

Social Security No.:  
xxx−xx−6458

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/17/22 at 10:00 AM

to consider and act upon the following:

**53** − Certification in Opposition to U.S. Bank National Association (related document:52 Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: 26 Ridgewood Avenue, Glen Ridge NJ 07028. Fee Amount $ 188. filed by Creditor U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset−Backed Certificates, Series 2007−SD1, Motion for Relief from Co−Debtor Stay of John Rothenberger, 50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset−Backed Certificates, Series 2007−SD1. Objection deadline is 08/3/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset−Backed Certificates, Series 2007−SD1) filed by Avram D White on behalf of Bonnie Rothenberger. (White, Avram)

Dated: 8/4/22

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court