UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

BONNIE ROTHENBERGER,

DEBTOR.

Case No.: ___22-10038-RG___

Chapter: _____13_____

Hearing Date: _____

Judge: ___GAMBARDELLA___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter:  __Document #53 is withdrawn as opposition to Document #52 Creditor's COD__

__is being withdrawn by the debtor._____

Date: _August 16, 2022_____         /s/ Avram D. White_____
                                                                Signature

*rev.8/1/15*