```
WHITE AND CO, ATTORNEYS AND COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
(973) 669-0857; (888) 481-1709 Telefax;
Email: avram.randr@gmail.com
Avram D. White, Esq.
Attorney for the Debtor(s)
-----------------------------------------------------------------
IN RE:                              | UNITED STATES BANKRUPTCY COURT
                                    | DISTRICT OF NEW JERSEY
                                    | CHAPTER 13
                                    | CASE NO.: 22-10038-RG
BONNIE ROTHENBERGER,                |
                                    |
         DEBTOR(S)                  |
                                    |
-----------------------------------------------------------------
```

### Notice to Convert Case
### from Chapter 13 to Chapter 7

The Debtor(s), pursuant to 11 U.S.C. § 1307(a), hereby elect to convert the above-captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtor(s) are entitled to convert their case because:

1. This case, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtor(s) is eligible to be debtor(s) under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor(s) pray for relief under chapter 7 of the Bankruptcy Code.

Dated: SEPTEMBER 28, 2022

```
                              /S/ AVRAM D. WHITE, ESQ.
                              --------------------------------------
                              AVRAM D. WHITE, ESQ.
                              ATTORNEY FOR THE DEBTOR(S)
```